

**JOHN P. CAMPBELL**
*Admitted in NJ & NY*

Direct Line: 973-540-7322
Email: jpc@spsk.com

220 Park Avenue
PO Box 991
Florham Park, NJ 07932
Telephone: 973-539-1000
Fax: 973-540-7300
www.spsk.com

October 8, 2025

*Via ECF*
Judge Madeline Cox Arleo
United States District Court
District of New Jersey
Martin Luther King Jr. Courthouse
Newark, New Jersey 07101

> Re:    ***Tupper v. WG Cranford SH, LLC***
> Case No.:         **2:24-cv-06660**
> Our Matter No.:   **34997-1**

Dear Judge Arleo:

We represent Defendant WG Cranford SH, LLC in the above referenced matter. Kindly accept this correspondence seeking (1) a dismissal with prejudice of those claims dismissed without prejudice by the Court's September 5, 2025 Order; and (2) a conference to discuss and set pleading and discovery deadlines.

First, on September 5, 2025, Your Honor Ordered that Defendant WG Cranford SH, LLC's Motion to Dismiss (ECF No. 22) was granted in part and denied in part. You also Ordered:

> ORDERED that Plaintiff is granted leave to file an amended complaint within thirty (30) days of the entry of this Order. If Plaintiff fails to file an amended complaint within thirty (30) days, Defendant may request that the counts dismissed herein be dismissed with prejudice.

*See* ECF No. 22.

Plaintiff's time to file an amended complaint lapsed Monday, October 6, 2025. Plaintiff failed to file an amended complaint and therefore, the counts dismissed by the September 5, 2025 Order be dismissed with prejudice. Plaintiff is appearing *pro se* but she is no stranger to litigation. For example, between the time Your Honor issued the September 5, 2025 Order in the instant action and today, Plaintiff instituted a new

---

**Schenck Price**
— SCHENCK PRICE SMITH & KING, LLP —

action in the Superior Court of Morris County entitled *Janice Tupper v. Bryan J. Swerling, Law Offices of Bryan J. Swerling, P.C.*, MRS-L-2197-25, on September 20, 2025. Plaintiff alleges within the *Swerling* Complaint at paragraphs 1-3 that she worked as a paralegal between January 7, 2017 and December 2021. She then prepared and filed a sophisticated subpoena to TD Bank, NA relative to the *Tupper v. Swerling* litigation on October 3, 2025. A true and accurate copy of the Complaint and Subpoena are annexed hereto as Exhibit 1. Also, relative to the instant action, she emailed the undersigned on Monday, October 6, 2025, and advised "[w]hile I reserve the right to amend at a later date, I did not file an amended complaint after the ruling of September 5th." A true and accurate copy of Plaintiff's email is annexed hereto as Exhibit 2. Plaintiff is an experienced litigant, and she failed to follow Your Honor's September 5, 2025 Order regarding yet another amended complaint. Therefore, WG Cranford SH, LLC asks that Plaintiff's counts within the Second Amended Complaint alleging personal injury and intentional infliction of emotional distress be dismissed <u>with</u> prejudice leaving only Plaintiff's claims under N.J.S.A. 2A:33-1, negligent infliction of emotional distress claim, and punitive damages.

Second, we request an conference to set deadlines for an answer to Plaintiff's pleading, limited by the September 5, 2020 Order, and discovery exchanges. We also plan to file a Counterclaim against Plaintiff for unpaid rent as well as a Third Party Complaint against Great Moving & Storage Inc. seeking contribution and indemnification once the Plaintiff's claims are fully defined. Thank you very much for your attention to this matter. Please feel free to contact me with any questions or concerns.

Very truly yours,
SCHENCK, PRICE, SMITH & KING, LLP

John P. Campbell

*So Ordered:* _____



*CC via Email:*

Janice Tupper
c/o Morristown Post Acute Facility
77 Madison Avenue 509
Morristown, New Jersey 07960
(908) 875-4644
janice@nyc-lp.com